JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMIRO VEGA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>HD SUPPLY MANAGEMENT, INC.,<br><br>　　　　　　Defendant. | Case No. CV 14-06710 DMG (AJWx)<br><br>**JUDGMENT** |

　　　Pursuant to the Court's Order re Defendant's Motion for Summary Judgment, filed on November 7, 2014, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of Defendant HD Supply Management, Inc. and against Plaintiff Ramiro Vega.

**IT IS SO ORDERED**.

DATED: December 2, 2014

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE